UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In Re: Thomas A. Caruso

Debtor

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Nationstar Mortgage LLC
      Movant

v.

Thomas A. Caruso

Respondent

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHAPTER 13 PROCEEDING

CASE NO. 13-20247

## NOTICE TO CURE

PLEASE TAKE NOTICE that the above captioned Debtor has failed to comply with the terms set forth in the Order Conditionally Granting Relief from Automatic Stay entered in this matter on October 11, 2017.

Pursuant to said Order, the Debtor was to pay to Nationstar Mortgage LLC d/b/a Mr. Cooper $1,300.00 per month for 36 months commencing October 1, 2017. Debtor has failed to make the payment due December 1, 2017 and all subsequent payments.

The amount of $2,026.68 is now due computed as follows:

| | |
|---|---:|
| Monthly Payments from 12/1/2017 to 1/1/2018 each in the amount of $1,300.00 | $2,600.00 |
| Suspense Balance | ($573.32) |
| Attorney's Fees and Costs | $150.00 |
| Total Due | $ 2,176.68 |

In accordance with said order, the Debtor has 15 days to cure the default in the amount of $2,026.68, and if the default is not cured within the 15 days, then the automatic stay shall be deemed vacated to the extent necessary to allow Nationstar Mortgage LLC to foreclose on the mortgage and the real property known as 55 Saco Street, Scarborough, ME 04074.

Please consider this notice of the Debtor's failure to meet a condition of the Court's October 11, 2017 Order.

Dated: February 14, 2018

/s/ Leonard F. Morley, Jr.
Leonard F. Morley, Jr., Esq.
Attorney for Nationstar Mortgage LLC

BK No: 13-20247
Chapter: 13

In re: Thomas A. Caruso
        Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice to Cure has been forwarded, even date herewith, to all those persons listed below at the indicated addresses:

Notice will be sent electronically to:

James F. Molleur, Esq.
Jennifer Gail Hayden, Esq.
Tanya Sambatakos, Esq.
Andrew M. Dudley, Esq., Chapter 13 Trustee
US Trustee

Notice will be sent via first class mail to:

Thomas A. Caruso
55 Saco Street
Scarborough, ME 04074

Executed on: February 14, 2018        Dawn M. Fultz