UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>THOMAS CARUSO<br><br>Debtor | Chapter 13<br><br>Case No. 13-20247 |

## **DEBTORS' RESPONSE TO NATIONSTAR MORTGAGE'S NOTICE TO CURE**

NOW COMES the Debtor, by and through his undersigned counsel and responds to NationStar's Notice to Cure as follows:

1. Debtor made a payment on or about February 13, 2018 which was cashed on February 20, 2018 in the amount of $1,307.06.
2. Debtor mailed a payment in the amount of $1,307.06 overnight mail on February 27, 2018 to be received by February 28, 2018 by noon.
3. Debtor states that he has cured the arrears of $2,176.78 as stated in the Notice to Cure filed on February 14, 2018.

WHEREFORE, the Debtors pray that this Honorable Court grant such other and further relief as this Court deems just and reasonable.

Date:  February 27, 2018         Thomas Caruso

BY:*/s/ James F. Molleur*
James F. Molleur, Esquire
Attorney for Debtor
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005
207-283-3777
jim@molleurlaw.com